# In the United States Court of Federal Claims

No. 05-824C
(Filed: August 5, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
LILLYHILL APARTMENTS,
A Limited Partnership,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case was assigned to my docket on July 29, 2005. Judge Marian Blank Horn has informed me that she will now handle this case and other related cases for settlement purposes. Accordingly, the clerk is directed to assign this case to Judge Horn for Alternate Dispute Resolution pursuant to Appendix H of this court's rules.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

cc: Judge Marian Blank Horn